PAUL COHEN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave

to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.